♦AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2\12\08 |
| NAME OF SERVER (PRINT) Marsha Maldonado | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Sent via mail, USPS, certified mail return receipt # 7006 0810 0000 3961 8681

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2\12\08         *Marsha Maldonado*
　　　　　　　　Date　　　　　　　　Signature of Server

　　　　　　　　　　112 Madison Ave, NY NY 10016
　　　　　　　　　　Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To  US Atty Gen'l Dept. of Veteran Affairs
Street, Apt. No.; or PO Box No.  810 Vermont Ave NW Rm 817
City, State, ZIP+4  Washington DC 20420

7006 0810 0000 3961 8681

PS Form 3800, June 2002　　See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) Tavorys Mazare | TITLE Legal Secretary |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
  Aretha Charles @ 86 Chambers NY NY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/13/2008       _Tavorys Mazare_
              Date           Signature of Server

              4648 Broadway NY NY 10040
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JS 44C/SDNY
REV. 12/2005

JUDGE SHEET

CIVIL COVER SHEET

08 CV 1209

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| JOSEPH DORSA | THE UNITED STATES OF AMERICA |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Ronemus & Vilensky, LLP, 2nd FL<br>New York, NY 10016 (212)779-7070 | US Attorney General, Dep't of Veterans Affairs, 810 Vermont Ave, N.W., Room B-17, WASHINGTON, D.C. 20420 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

28 U.S.C. Section 1346 (b) and 2671-2680 - Medical Mal-Practice

Has this or a similar case been previously filed in SDNY at any time? No [X]  Yes? [ ]  Judge Previously Assigned

If yes, was this case Vol [ ] Invol. [ ] Dismissed. No [ ] Yes [ ]  If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)          NATURE OF SUIT

ACTIONS UNDER STATUTES

**TORTS**

**CONTRACT**
[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**PERSONAL INJURY**
[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**
[X] 362 PERSONAL INJURY - MED MALPRACTICE
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 440 OTHER CIVIL RIGHTS

**FORFEITURE/PENALTY**
[ ] 610 AGRICULTURE
[ ] 620 FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 RR & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

**LABOR**
[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

**PRISONER PETITIONS**
[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

**BANKRUPTCY**
[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**
[ ] 861 MIA (1395FF)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC (405(g))
[ ] 863 DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870 TAXES
[ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**
[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE/ICC RATES/ETC
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 810 SELECTIVE SERVICE
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 891 AGRICULTURE ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES
[ ] 890 OTHER STATUTORY ACTIONS

**REAL PROPERTY**
[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

RECEIVED FEB 06 2008 U.S.D.C. S.D.N.Y. CASHIERS

Check if demanded in complaint:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 2,000,000.00  OTHER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [X] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE _____  DOCKET NUMBER _____

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

COPY RECEIVED FEB 12 2008 U.S. ATTORNEY'S SDNY

(SEE REVERSE)

(PLACE AN x IN ONE BOX ONLY)   ORIGIN

[X] 1 Original Proceeding
[ ] 2a. Removed from State Court
[ ] 2b. Removed from State Court AND at least one party is a pro se litigant
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN X IN ONE BOX ONLY)   BASIS OF JURISDICTION   IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441)

[ ] 1 U.S. PLAINTIFF   [X] 2 U.S. DEFENDANT   [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)   [ ] 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

6647 Bergen Place, Apt B2
Brooklyn, NY 11220
Kings County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

United States of America, c/o United States Attorney, 86 Chambers Street, New York, NY 10007
New York County

United States Attorney General, Department of Veterans Affairs, 810 Vermont Avenue, N.W., Room B-17
Washington, D.C. 20420

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [X] FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

DATE 2/4/08   SIGNATURE OF ATTORNEY OF RECORD
RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 04  Yr. 1987 )
Attorney Bar Code # 4999

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

JOSEPH DORSA

V.

THE UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **08 CV 1209**

TO: (Name and address of Defendant)

United States of America, c/o United States Attorney, 86 Chambers Street, New York, NY 10007

United States Attorney General, Department of Veterans Affiairs, 810 Vermont Avenue, N.W., Room B-17, Washington, D.C. 20420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronemus & Vilensky, LLP
112 Madison Avenue, 2nd Floor
New York, NY 10016

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  FEB 0 6 2008

COPY RECEIVED
FEB 1 2 2008
U.S. ATTORNEY'S SDNY

COPY RECEIVED
JUDGE SWEET  FEB 1 2 2008
U.S. ATTORNEY'S SDNY

FEB 0 6 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JOSEPH DORSA,

                            Plaintiff(s),

-against-

THE UNITED STATES OF AMERICA,

                            Defendant(s).

------------------------------------------------------------X

08 CV 1209

Index No.:
Date Filed:

**VERIFIED COMPLAINT**

Plaintiff, by his attorneys RONEMUS & VILENSKY, complaining of the defendants herein, respectfully shows to the Court, and allege as follows:

1.    JURISDICTION AND VENUE

    1.    This action is based upon the Federal Tort Claims Act, 28 U.S.C. Section 1346 (b) and 2671-2680, as hereinafter more fully appears. The Court has personal jurisdiction over the defendant herein pursuant to Rule 4(i)(1)(A)-(C) of the Federal Rules of Civil Procedure. Venue is proper in this Judicial District pursuant to 28 U.S.C.S. § 1402(b).

    2.    The plaintiff is an individual residing at 6647 Bergen Place, Apt. B2, Brooklyn, New York 11220, and is a citizen of the United States of America.

### AS AND FOR A FIRST CAUSE OF ACTION

    3.    Defendant, THE UNITED STATES OF AMERICA, owns the Veterans Affairs New York Harbor Healthcare System.

    4.    Defendant, THE UNITED STATES OF AMERICA, through the Veterans Affairs New York Harbor Healthcare System, is and was in the business of supplying health and medical services to the sick and ailing.

    5.    Defendant, THE UNITED STATES OF AMERICA, through the Veterans Affairs New York Harbor Healthcare System, held itself out to the general public as a medical and/or health institution and facility, possessing a reasonable degree of skill and competence to care for and treat the sick and infirm.

    6.    Defendant, THE UNITED STATES OF AMERICA, through the Veterans Affairs New York Harbor Healthcare System, held itself out to United States Veterans as a medical

and/or health institution and facility, possession a reasonable degree of skill and competence to care for and treat the sick and infirm.

7.    From approximately April 16, 2007 continuing through May 7, 2007, plaintiff, JOSEPH DORSA, was a patient of defendants, their agents, servants or employees and received treatment at VETERAN AFFAIRS NEW YORK HARBOR HEALTHCARE SYSTEM.

8.    That at all times herein mentioned ALFRED T. CULLIFORD, M.D. was a physician duly licensed to practice medicine in the State of New York.

9.    That at all times herein mentioned ALFRED T. CULLIFORD, M.D. was an employee, servant, and/or agent of defendant THE UNITED STATES OF AMERICA.

10.    That at all times herein mentioned ALFRED T. CULLIFORD, M.D. rendered medical care to the plaintiff JOSEPH DORSA.

11.    The care and treatment rendered by defendants, their agents, servants or employees was negligent, careless and reckless, in that the plaintiff was caused to suffer burns to his fingers.

12.    As a result of the foregoing, the plaintiff, JOSEPH DORSA, suffered physical injury, emotional distress, pain and suffering.

13.    By reason of the foregoing, the plaintiff, JOSEPH DORSA, has been damaged in a sum of money having the present value that exceeds seventy-five thousand dollars.

14.    Plaintiff, JOSEPH DORSA, filed a Claim, by way of a standard form 95, with the United States on or about June 28, 2007.

15.    More than six (6) months have elapsed since the date of the claim and it has not been settled or adjusted. Accordingly, pursuant to Title 28 U.S.C. §2675, by the complaint, plaintiff deems same as a "final denial" for purposes of Title 28 U.S.C. §2675(a).

16.    This claim is filed within six months after the time to file a complaint begins to run.

WHEREFORE, the plaintiffs demand judgment against defendant on the First Cause of Action in an amount that exceeds seventy-five thousand dollars all together with cost and disbursements in this action.

Dated: New York, New York
February 4, 2008

*(signature)*

MICHAEL B. RONEMUS- 4999
RONEMUS & VILENSKY, LLP
112 Madison Avenue, 2nd Floor
Attorney for Plaintiff
New York, NY 10016
212-779-7070

STATE OF NEW YORK, COUNTY OF NEW YORK ss:

I the undersign, an attorney admitted in the Courts of New York State, state under penalty of perjury that I am one of the attorneys for the plaintiff in the within action; I have read the foregoing COMPLAINT and know the contents thereof; the same is true to my knowledge, except as to the matters I believe to be true. The reason this verification is made by me and not by my client, is that my client is presently not in the County where I maintain my offices. The grounds of my belief as to all matters not stated upon my own knowledge are the materials in my file and the investigation conducted by my office.

Dated: New York, New York
      February 4, 2008

                                                    Michael B. Ronemus

≎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2/12/08 |
| NAME OF SERVER (PRINT) Marsha Maldonado | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Sent via mail, USPS, certified mail return receipt # 7006 0810 0000 3961 8681

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/12/08        *signature* Marsha Maldonado
                Date                      Signature of Server

112 Madison Ave, NY NY 10016
Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7006 0810 0000 3961 8681

Sent To: US Atty Gen'l Dept. of Veteran Affairs
Street, Apt No. or PO Box No.: 810 Vermont Ave NW Rm 817
City, State, ZIP+4: Washington DC 20420

PS Form 3800, June 2002     See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) Tavorys Mazare | TITLE Legal Secretary |
|---|---|

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Aretha Charles @ 86 Chambers NY NY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/13/2008
Date            Signature of Server

4648 Broadway NY NY 10040
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JS 44C/SDNY
REV. 12/2005

**CIVIL COVER SHEET**

JUDGE SWEET

08 CV 1209

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS JOSEPH DORSA | DEFENDANTS THE UNITED STATES OF AMERICA |
|---|---|
| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Ronemus & Vilensky, LLP, 2nd FL<br>New York, NY 10016  (212)779-7070 | ATTORNEYS (IF KNOWN)<br>US Attorney General, Dep't of Veterans Affairs, 810 Vermont Ave, N.W., Room B-17, WASHINGTON, D.C. 20420 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

28 U.S.C. Section 1346 (b) and 2671-2680 - Medical Mal-Practice

Has this or a similar case been previously filed in SDNY at any time? No [X]  Yes? [ ]  Judge Previously Assigned

If yes, was this case Vol [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]  If yes, give date _____  & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)      NATURE OF SUIT

ACTIONS UNDER STATUTES

**CONTRACT**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**TORTS**

*PERSONAL INJURY*
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY

*PERSONAL INJURY*
- [X] 362 PERSONAL INJURY - MED MALPRACTICE
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

*PERSONAL PROPERTY*
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**FORFEITURE/PENALTY**
- [ ] 610 AGRICULTURE
- [ ] 620 FOOD & DRUG
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 630 LIQUOR LAWS
- [ ] 640 RR & TRUCK
- [ ] 650 AIRLINE REGS
- [ ] 660 OCCUPATIONAL SAFETY/HEALTH
- [ ] 690 OTHER

**LABOR**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
- [ ] 740 RAILWAY LABOR ACT
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**
- [ ] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 840 TRADEMARK

**SOCIAL SECURITY**
- [ ] 861 HIA (1395FF)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC (405(g))
- [ ] 863 DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 TAXES
- [ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE/ICC RATES/ETC
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480 CONSUMER CREDIT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 810 SELECTIVE SERVICE
- [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 875 CUSTOMER CHALLENGE 12 USC 3410
- [ ] 891 AGRICULTURE ACTS
- [ ] 892 ECONOMIC STABILIZATION ACT
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 894 ENERGY ALLOCATION ACT
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES
- [ ] 890 OTHER STATUTORY ACTIONS

ACTIONS UNDER STATUTES

**REAL PROPERTY**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 245 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**CIVIL RIGHTS**
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING ACCOMMODATIONS
- [ ] 444 WELFARE
- [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446 AMERICANS WITH DISABILITIES -OTHER
- [ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**
- [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [ ] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION

FEB 06 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Check if demanded in complaint:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 2,000,000.00  OTHER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES  [X] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

JUDGE _____  DOCKET NUMBER _____

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

COPY RECEIVED
FEB 12 2008
U.S. ATTORNEY'S SDNY

(SEE REVERSE)

| (PLACE AN x IN ONE BOX ONLY) | | | ORIGIN | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2a. Removed from State Court  ☐ 2b. Removed from State Court AND at least one party is a pro se litigant | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from (Specify District) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judge Judgment |

| (PLACE AN x IN ONE BOX ONLY) | BASIS OF JURISDICTION | IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441) |
|---|---|---|
| ☐ 1 U.S. PLAINTIFF   ☒ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY | | |

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

6647 Bergen Place, Apt B2
Brooklyn, NY 11220
Kings County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

United States of America, c/o United States Attorney, 86 Chambers Street, New York, NY 10007
New York County

United States Attorney General, Department of Veterans Affairs, 810 Vermont Avenue, N.W., Room B-17
Washington, D.C. 20420

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☒ FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

DATE 2/4/08   SIGNATURE OF ATTORNEY OF RECORD   _[signature]_

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
☒ YES (DATE ADMITTED Mo. 04  Yr. 1987 )
Attorney Bar Code # 4999

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

JOSEPH DORSA

V.

THE UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **08 CV 1209**

TO: (Name and address of Defendant)

United States of America, c/o United States Attorney, 86 Chambers Street, New York, NY 10007

United States Attorney General, Department of Veterans Affiairs, 810 Vermont Avenue, N.W., Room B-17, Washington, D.C. 20420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronemus & Vilensky, LLP
112 Madison Avenue, 2nd Floor
New York, NY 10016

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  FEB 0 6 2008

COPY RECEIVED
FEB 1 2 2008
U.S. ATTORNEY'S SDNY

COPY RECEIVED
JUDGE SWEET FEB 1 2 2008
U.S. ATTORNEY'S SDNY
08 CV 1209
FEB 0 6 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

JOSEPH DORSA,

                    Plaintiff(s),

-against-

THE UNITED STATES OF AMERICA,

                    Defendant(s).

-----------------------------------------------------------X

Index No.:
Date Filed:

**VERIFIED COMPLAINT**

Plaintiff, by his attorneys RONEMUS & VILENSKY, complaining of the defendants herein, respectfully shows to the Court, and allege as follows:

1.     JURISDICTION AND VENUE

    1.     This action is based upon the Federal Tort Claims Act, 28 U.S.C. Section 1346 (b) and 2671-2680, as hereinafter more fully appears. The Court has personal jurisdiction over the defendant herein pursuant to Rule 4(i)(1)(A)-(C) of the Federal Rules of Civil Procedure. Venue is proper in this Judicial District pursuant to 28 U.S.C.S. § 1402(b).

    2.     The plaintiff is an individual residing at 6647 Bergen Place, Apt. B2, Brooklyn, New York 11220, and is a citizen of the United States of America.

### AS AND FOR A FIRST CAUSE OF ACTION

    3.     Defendant, THE UNITED STATES OF AMERICA, owns the Veterans Affairs New York Harbor Healthcare System.

    4.     Defendant, THE UNITED STATES OF AMERICA, through the Veterans Affairs New York Harbor Healthcare System, is and was in the business of supplying health and medical services to the sick and ailing.

    5.     Defendant, THE UNITED STATES OF AMERICA, through the Veterans Affairs New York Harbor Healthcare System, held itself out to the general public as a medical and/or health institution and facility, possessing a reasonable degree of skill and competence to care for and treat the sick and infirm.

    6.     Defendant, THE UNITED STATES OF AMERICA, through the Veterans Affairs New York Harbor Healthcare System, held itself out to United States Veterans as a medical

and/or health institution and facility, possession a reasonable degree of skill and competence to care for and treat the sick and infirm.

7. From approximately April 16, 2007 continuing through May 7, 2007, plaintiff, JOSEPH DORSA, was a patient of defendants, their agents, servants or employees and received treatment at VETERAN AFFAIRS NEW YORK HARBOR HEALTHCARE SYSTEM.

8. That at all times herein mentioned ALFRED T. CULLIFORD, M.D. was a physician duly licensed to practice medicine in the State of New York.

9. That at all times herein mentioned ALFRED T. CULLIFORD, M.D. was an employee, servant, and/or agent of defendant THE UNITED STATES OF AMERICA.

10. That at all times herein mentioned ALFRED T. CULLIFORD, M.D. rendered medical care to the plaintiff JOSEPH DORSA.

11. The care and treatment rendered by defendants, their agents, servants or employees was negligent, careless and reckless, in that the plaintiff was caused to suffer burns to his fingers.

12. As a result of the foregoing, the plaintiff, JOSEPH DORSA, suffered physical injury, emotional distress, pain and suffering.

13. By reason of the foregoing, the plaintiff, JOSEPH DORSA, has been damaged in a sum of money having the present value that exceeds seventy-five thousand dollars.

14. Plaintiff, JOSEPH DORSA, filed a Claim, by way of a standard form 95, with the United States on or about June 28, 2007.

15. More than six (6) months have elapsed since the date of the claim and it has not been settled or adjusted. Accordingly, pursuant to Title 28 U.S.C. §2675, by the complaint, plaintiff deems same as a "final denial" for purposes of Title 28 U.S.C. §2675(a).

16. This claim is filed within six months after the time to file a complaint begins to run.

WHEREFORE, the plaintiffs demand judgment against defendant on the First Cause of Action in an amount that exceeds seventy-five thousand dollars all together with cost and disbursements in this action.

Dated: New York, New York
February 4, 2008

MICHAEL B. RONEMUS- 4999
RONEMUS & VILENSKY, LLP
112 Madison Avenue, 2nd Floor
Attorney for Plaintiff
New York, NY 10016
212-779-7070

STATE OF NEW YORK, COUNTY OF NEW YORK ss:

I the undersign, an attorney admitted in the Courts of New York State, state under penalty of perjury that I am one of the attorneys for the plaintiff in the within action; I have read the foregoing COMPLAINT and know the contents thereof; the same is true to my knowledge, except as to the matters I believe to be true. The reason this verification is made by me and not by my client, is that my client is presently not in the County where I maintain my offices. The grounds of my belief as to all matters not stated upon my own knowledge are the materials in my file and the investigation conducted by my office.

Dated: New York, New York
       February 4, 2008

                                                  Michael B. Ronemus