

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

April 9, 2008



**BY HAND DELIVERY**
The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re:    Dorsa v. United States, 08 Civ. 1209 (RWS)

Dear Judge Sweet:

I am the Assistant United States Attorney assigned to the above-titled matter. At present, the deadline for the Government's response to the plaintiff's complaint is April 14, 2008, and an initial conference is scheduled for April 16, 2008, at 4:30 p.m.

The Government respectfully requests a thirty-day extension of its deadline for responding to the complaint to May 14, 2008, and an adjournment of the initial conference to a subsequent date convenient to the Court. The extension is necessary to permit the Government time to gather the information necessary to respond to the complaint. This is the Government's first request for an adjournment or extension in this matter. Michael B. Ronemus, Esq., counsel for the plaintiff, has informed me that he consents to this request.

Thank you for your consideration.

So ordered

Sweet USDJ
4.10.08

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By:   JOSEPH N. CORDARO
Assistant United States Attorney
Telephone: (212) 637-2745
Facsimile: (212) 637-2686
Email: joseph.cordaro@usdoj.gov

cc:    Michael B. Ronemus, Esq. (by email)