UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JOSEPH DORSA,

               Plaintiff,

         v.

UNITED STATES OF AMERICA,

               Defendant.

------------------------------------x

08 Civ. 1209 (RWS)
ECF Case

REVISED CONSENT
SCHEDULING ORDER

Plaintiff Joseph Dorsa and defendant the United States of America, by and between their respective counsel, hereby stipulate as follows:

(1)    Joinder of additional parties shall be accomplished by <u>August 25, 2008</u> unless new information supporting such joinder is discovered thereafter.

(2)    Motions to amend the pleadings shall be served by <u>August 25, 2008</u> unless new information supporting such motions is discovered thereafter.

(3)    Fact discovery shall be completed no later than <u>November 19, 2008</u>.

(4)    The parties will exchange Fed. R. Civ. P 26(a)(2)(A) expert testimony disclosures no later than <u>November 19, 2008</u>.

(5)    Plaintiff's expert report(s) shall be served no later than <u>December 17, 2008</u>.

(6)    Defendant's expert report(s) shall be served no later than <u>January 14, 2009</u>.

(7)    Rebuttal expert report(s) shall be served no later than <u>February 12, 2009</u>.

(8)    All discovery shall be completed no later than <u>February 12, 2009</u>. Interim deadlines may be extended by the parties on consent without application to the Court, provided the parties believe they can still meet the discovery completion date ordered by the Court.

(9)    Dispositive motions, if any, shall be filed no later than <u>March 12, 2009</u>.

(10)    A joint pre-trial order pursuant to Paragraph 3A of the Court's Individual Practices shall be submitted for the Court's approval no later than <u>March 12, 2009</u>.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

(11)   Pre-trial filings pursuant to Paragraph 3B of the Court's Individual Practices shall be submitted no later than April 13, 2009, unless otherwise directed by the Court.

(12)   All motions and applications shall be governed by the Court's Individual rules of Practice.

Dated: New York, New York
     August /4 , 2008

Dated: New York, New York
     August /5 , 2008

RONEMUS & VILENSKY, LLP
*Attorneys for Plaintiff*

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
*Attorney for Defendant*

By: _____
MICHAEL RONEMUS, ESQ.
112 Madison Avenue, 2nd Floor
New York. New York 10016
Telephone: (212) 779-7070
Facsimile: (212) 686-2490
Email: mike.ronemus@ronvil.com

By: _____
JOSEPH N. CORDARO
Assistant United States Attorney
86 Chambers Street, Third Floor
New York. New York 10007
Telephone: (212) 637-2745
Facsimile: (212) 637-2686
Email: joseph.cordaro@usdoj.gov

SO ORDERED.

Dated: New York, New York
     August 20 , 2008

_____
HON. ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE